# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Theresa Ann Brinson aka Theresa A. Brinson aka Theresa Brinson**<br>　　　　　　　　Debtor | **BK NO. 18-02948 JJT**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PACIFIC UNION FINANCIAL and index same on the master mailing list.

                               Respectfully submitted,

                               **/s/ James C. Warmbrodt, Esquire**
                               James C. Warmbrodt, Esquire
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA  19106
                               412-430-3594