```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 18-02948-JJT
Theresa Ann Brinson                                         Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5         User: CKovach         Page 1 of 1         Date Rcvd: Aug 09, 2018
                             Form ID: pdf010       Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.
```
db            +Theresa Ann Brinson,    222 S. Hanover St.,   Nanticoke, PA 18634-2221
5084666       +A & B Marketing, Inc.,   6500 Bowden Rd. #220,    Jacksonville, FL 32216-8067
5084669       +CNAC,   110 N. Courtland St.,   East Stroudsburg, PA 18301-2104
5084670       +Geisinger Health System,   100 North Academy Ave.,    Danville, PA 17822-0001
5084672       +KML Law Group, P.C,   Suite 5000, BNY Mellon Independence Ctr.,   701 Market St.,
                Philadelphia, PA 19106-1538
5084673       +Law offices of Tullio DeLuca,   381 N. 9th Avenue,    Scranton, PA 18504-2005
5084676       +Sunrise Credit Services Inc.,   234 Airport Plaza Blvd., Ste 4,   Farmingdale, NY 11735-3938
5084678       +UFCW Fed. Credit Union,   377 Wyoming Ave.,   Wyoming, PA 18644-1821
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5084667       +E-mail/Text: g20956@att.com Aug 09 2018 18:53:52      AT & T Mobility II, LLC,
                c/o AT&T Services, Inc.,   Karen A. Cavagnaro - Lead Paralegal,   One AT&T Way, Rm.3A104,
                Bedminster, NJ 07921-2693
5084668       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2018 18:54:15     Capital One,
                PO Box 30285,   Salt Lake City, UT 84130-0285
5084671       +E-mail/Text: bankruptcy@sccompanies.com Aug 09 2018 18:54:03      Homevisions,   1112 7th Avenue,
                Monroe, WI 53566-1364
5084674       +E-mail/Text: bankruptcy@sccompanies.com Aug 09 2018 18:54:03      Montgomery Ward,
                3650 Milwaukee St.,   Madison, WI 53714-2304
5085356       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2018 19:16:05
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5084675       +E-mail/Text: bankruptcy@loanpacific.com Aug 09 2018 18:53:59      Pacific Union Financial, LLC,
                1603 LBJ Freeway, Suite 500,   Farmers Branch, TX 75234-6071
5084679       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 09 2018 18:53:36
                 Verizon Bankruptcy Dept.,   500 Technology Drive,   Suite 550,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5084677*      +Theresa Ann Brinson,    222 S. Hanover St.,   Nanticoke, PA 18634-2221
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              Tullio  DeLuca   on behalf of Debtor 1 Theresa Ann Brinson tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-18-02948 |
| THERESA ANN BRINSON | : | |
| a/k/a Theresa A. Brinson | : | |
| a/k/a Theresa Brinson | : | |
| | : | |
| Debtor | : | CHAPTER 7 |

*************************************************************************

| | | |
|---|---|---|
| THERESA ANN BRINSON | : | |
| a/k/a Theresa A. Brinson | : | |
| a/k/a Theresa Brinson | : | |
| Movant, | : | |
| vs. | : | |
| CNAC, PACIFIC UNION FINANCIAL, LLC | : | |
| and CHARLES J DEHART, III, ESQ. | : | |
| Respondents. | : | |

*************************************************************************
ORDER
*************************************************************************

Upon consideration of Debtor's Motion to Extend the Automatic Stay, it is hereby:

**ORDERED**, that the Debtor's Motion to Extend the Automatic Stay is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extend beyond the thirty days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtor(s) and Debtor(s) property; and it is further

**ORDERED**, that the Debtor(s) request for an Order confirming that the automatic stay continues against property of the estate is granted.

Dated: August 8, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (PR)