| | | |
|---|---|---|
| IN RE: Theresa Ann Brinson aka Theresa A. Brinson aka Theresa Brinson | : : | CHAPTER 7 |
| Debtor | : : | No. 18-02948 JJT |
| PACIFIC UNION FINANCIAL | : : | |
| Moving Party | : : : | |
| IN RE: Theresa Ann Brinson aka Theresa A. Brinson aka Theresa Brinson | : : | 11 U.S.C. Section 362 |
| Debtor | : : | |
| Robert P. Sheils, Jr., Trustee | : | |
| Trustee | : | |

**PRAECIPE WITHDRAWING THE TRUSTEE'S OBJECTION
TO MOTION OF PACIFIC UNION FINANCIAL
FOR RELIEF FROM AUTOMATIC STAY**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

The Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Objection to Pacific Union Financial's Motion for Relief from Automatic Stay in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: August 28, 2018
/s/ Jill M. Spott
Jill M. Spott, Esquire
Attorney for Trustee
Sheils Law Associates, P.C.
108 North Abington Road
Clarks Summit, PA 18411
(570) 587-2600
jspottesq@sheilslaw.com