Certificate Number: 15317-PAM-DE-031583761

Bankruptcy Case Number: 51-80294



15317-PAM-DE-031583761

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2018, at 11:48 o'clock AM PDT, Theresa A Brinson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 7, 2018         By: /s/Lea Sorino

                                Name: Lea Sorino

                                Title: Counselor