Certificate Number: 15317-PAM-DE-031594456

Bankruptcy Case Number: 18-02948



15317-PAM-DE-031594456

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 7, 2018</u>, at <u>11:48</u> o'clock <u>AM PDT</u>, <u>Theresa A Brinson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 10, 2018</u>　　　By: <u>/s/Lea Sorino</u>

　　　　　　　　　　　　　　　　Name: <u>Lea Sorino</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>