# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764   FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

November 12, 2018

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Theresa Ann Brinson**
             **Chapter 13 Bankruptcy**
             **Case No. 5-18-02948**

Dear Sir/Madam:

    I have received returned mail for **CNAC**, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: **110 N. Courtland St. East Stroudsburg PA 18301-2104**. Please be advised the correct information is as follows:

                **CNAC**
            **d/b/a NTM Financing CNAC**
            **2460 Freemansburg Ave.**
            **Easton PA 18042-5318**

I served the Order of Discharge at the above address on November 12, 2018. Please correct the mailing matrix.

Thank you for assistance in this matter.

            Very truly yours,

            /s/ Tullio DeLuca, Esquire

TD/ac